■ EASTERN ARTISTS, INC., Respondent, v DAME MEDIA, Doing Business as WOUR, Appellant. (Appeal No. 2.) [751 NYS2d 923] —Appeal from a judgment of Supreme Court, Oneida County (Grow, J.), entered March 13, 2002, in favor of plaintiff after a nonjury trial.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court, Oneida County, Grow, J. Present—Wisner, J.P., Hurlbutt, Scudder, Gorski and Lawton, JJ.